No. 1,881.—WILSON, RECEIVER, RESPONDENT, *v.* HERSH-
FIELD ET AL., DEFENDANTS; MARY HERSHFIELD,
APPELLANT.

*Appeal from District Court, Lewis and Clarke County;
Henry C. Smith, Judge.*

Decided July 21, 1903.

PER CURIAM.—This appeal is dismissed, and *remittitur* or-
dered to issue forthwith in accordance with the precipe of coun-
sel for appellant of date of July 20, 1903, at 2:30 p. m.

*Messrs. Sanders & Sanders,* for Appellant.